IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01681-PAB-KLM

CYNTHIA DIANE STROBEL, and
DAVID STROBEL,

      Plaintiffs,

v.

BRADLEY HART ALGER, M.D.

      Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Plaintiffs' Unopposed Motion to Modify Scheduling Order with Respect to Time Period for the Discovery Cutoff** [Docket No. 15; Filed May 18, 2011] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on September 14, 2010 [Docket No. 11] and amended on January 21, 2011 [Docket No. 14] is further modified to extend the discovery deadline for purposes of taking expert depositions only to **July 15, 2011**.

      IT IS FURTHER **ORDERED** that the Court *sua sponte* **vacates** the Final Pretrial Conference set for July 26, 2011 at 10:00 a.m. and **RESETS** it to **August 25, 2011 at 11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      IT IS FURTHER **ORDERED** that a proposed pretrial order shall be submitted on or before **August 18, 2011**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

      Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

      **The parties shall prepare the proposed pretrial order in accordance with the**

**form which may be downloaded in richtext format from the forms section of the court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

Dated:  May 19, 2011